IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00609-MSK-MEH

WHEELABRATOR GROUP, INC., a Delaware corporation,
WHEELABRATOR GROUP (CANADA) LTD., a corporation organized and existing under the
laws of Ontario,

       Plaintiffs,

v.

METCAST, INC., a Wisconsin corporation,
JCP METCAST, INC., a Wisconsin corporation,
CARL PANZENHAGEN, an individual,

       Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings

or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from

the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the

later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its

copy of the exhibits for the same time period after which the documents will be destroyed.

Dated this 28th day of March, 2008.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge